Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2024 FEB 14  AM 8:27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___TV___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER: | 2:24-cr-00084-GW |
| Pedram Mehrian, aka "Abraham Mehrian"<br>USMS# _____<br>DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 02/14/2024 at 6 ☒ AM ☐ PM

   or

   The defendant was arrested in the _____ District of _____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C. 1343 Wire Fraud

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: _____

7. Year of Birth: 1981

8. Defendant has retained counsel: ☐ No

   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Jillian Fisher   (please print)

12. Office Phone Number: 571-349-6146   13. Agency: FBI

14. Signature: _/s/ Jillian Fisher_   15. Date: 02/14/2024

CR-64 (09/20)        REPORT COMMENCING CRIMINAL ACTION